JOSEPH PLISKY, RESPONDENT, v. LEHIGH VALLEY RAIL-
ROAD CO., APPELLANT.

Submitted May 26, 1939—Decided September 22, 1939.

For the respondent, *Alexander Simpson.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ.  12.

*For reversal*—None.